IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | MICHAEL L. DANNER | #11-30493-SHB |
| | VICKIE S. DANNER | Chapter 13 |

**NOTICE BY CHAPTER 13 TRUSTEE PURSUANT TO
FEDERAL BANKRUPTCY RULE 3002.1(f) OF FINAL CURE PAYMENT
TO PRINCIPAL RESIDENCE MORTGAGE CLAIMANT**

The Chapter 13 Trustee hereby certifies that the Debtor(s) has completed all payments under the Chapter 13 plan as necessary to be eligible for a discharge under 11 U.S.C. §1328; and, that the Chapter 13 Trustee has made a final disbursement to creditors, including Selene Finance, LP, which holds a claim secured by a security interest in the Debtor(s)' principal residence.  A pre-petition allowed mortgage arrearage in the amount of $6,370.00 has been paid in full by the Chapter 13 Trustee.  In addition, the Chapter 13 Trustee has paid this creditor: a total of $31,528.93 in ongoing mortgage payments sufficient to bring this mortgage current through and including the month of February 2016; plus $0 in post-petition supplemental claims.

As a creditor holding a security interest in property secured by the Debtor(s)' principal residence, be advised that **you are required to file a response** to this Notice of Final Cure Payment pursuant to Federal Bankruptcy Rule 3002.1(g) which provides that within twenty-one (21) days after service of this Notice the holder shall file and serve on the debtor, debtor's counsel, and the trustee a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with §1322(b)(5) of the Code.  The statement shall itemize the required cure or post-petition amounts, if any, which the holder contends remains unpaid as of the date of the statement; and the statement, <u>shall be filed as a supplement</u> to the holder's proof of claim.

SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Notice of Final Cure Payment and hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid on this 17th day of March 2016.

/s/ Gwendolyn M. Kerney, w/perm rhr
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995

Michael L. Danner
Vickie S. Danner
344 Strutt St.
Oliver Springs, TN  37840

Ann Mostoller
Attorney At Law
Suite 104, 136 S. Illinois Avenue
Oak Ridge, TN  37830-6220

United States Trustee
800 Market Street Suite 114
Knoxville, TN  37902

Selene Finance, LP
Po Box 71243
Philadelphia,  PA  19176

Selene Finance, LP
9990 Richmond Avenue, Ste. 400S
Houston, TX  70042

Michelle R. Ghidoitti
5120 E. LaPalma Avenue, Ste. 206
Anaheim Hills, CA  92807

Brandon D. Sizemore
Wilson & Associates, PLLC
320 North Cedar Bluff Road, Ste. 240
Knoxville, TN  37923