IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

IN RE:    MICHAEL L. DANNER                              #11-30493- SHB
         VICKIE S. DANNER                                Chapter 13

## NOTICE OF HEARING

      Notice is hereby given that a hearing will be held on <u>May 11, 2016 at 9:00 a.m.</u> at the United State Bankruptcy Courtroom, Courtroom 1C, Howard H. Baker, Jr. Courthouse, 800 Market Street, Knoxville, TN.  37902 on the Motion for Order Declaring Mortgage Loan Current filed by the Chapter 13 Trustee. If you do not want the court to grant the relief requested, you or your attorney must attend this hearing.  If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

## MOTION FOR ORDER DECLARING MORTGAGE LOAN CURRENT

      The Chapter 13 Trustee issued a Notice of Final Cure Payment to Selene Finance, LP on March 17, 2016 per Federal Bankruptcy Rule 3002.1(f).  All creditors have been paid per the terms of the confirmed plan and the Trustee has administratively closed this case with the mortgage paid through the month of **February 2016.**

      Preston Ridge Partners II, LLC filed a response to the Notice of Final Cure agreeing that the pre-petition defaults had been cured; however disagreeing that the post-petition was paid through the month of **February 2016** as stated in the Notice of Final Cure.  The creditor is alleging that they are currently due and owing 538.04 for **March 2016**.

      Wherefore, the Chapter 13 Trustee pursuant to Federal Bankruptcy Rule 3002.1(h) moves the Court for a hearing to determine whether the debtor has cured the default and paid all required post-petition amounts owing, or in the alternative, an Order deeming the mortgage loan serviced by Preston Ridge Partners II, LLC current through the month of **February 2016** as stated on the Notice of Final Cure.

      Respectfully submitted,

/s/Gwendolyn M. Kerney, w/perm rhr
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995

## CERTIFICATE OF SERVICE

     I hereby certify that a true and exact copy of this Notice of Hearing, Motion and Proposed Order have been serviced by electronic mail and/or by first class United States mail postage prepaid on the following individuals as addressed below this 13th day of April 2016.

/s/Gwendolyn M. Kerney, w/perm rhr
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995

Michael L. Danner
Vickie S. Danner
344 Strutt St.
Oliver Springs, TN  37840

Ann Mostoller
Attorney At Law
Suite 104, 136 S. Illinois Avenue
Oak Ridge, TN  37830-6220

United States Trustee
800 Market Street Suite 114
Knoxville, TN  37902

Preston Ridge Partners II, LLC
%Statebridge Company LLC
5680 Greenwood Plaza, Blvd., Ste. 1005
Greenwood Village, CO  80111-

Selene Finance, LP
9990 Richmond Avenue, Ste. 400S
Houston, TX  70042

Brandon D. Sizemore
Wilson & Associates, PLLC
320 North Cedar Bluff Road, Ste. 240
Knoxville, TN  37923

Michelle R. Ghidoitti
5120 E. LaPalma Avenue, Ste. 206
Anaheim Hills, CA  92807

Preston Ridge Partners, II, LLC
%Rosicki, Rosicki & Associates, PC
51 East Bethpage Road
Plainview, NY  11803

Edward D. Russell
The SR Law Group
PO Box 128
Mt. Juliet, TN  37121