**SO ORDERED.**
**SIGNED this 11th day of May, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

IN RE:     MICHAEL L. DANNER                    #11-30493-SHB
           VICKIE S. DANNER                      Chapter 13

ORDER

Upon consideration of the Reply filed by Preston Ridge Partners II, LLC to the Trustee's Notice of Final Cure and after notice of hearing held on May 11, 2016 it is hereby

**ORDERED** that the debtors' mortgage loan serviced by Preston Ridge Partners II, LLC is hereby deemed current through the month of February 2016.

# # #

APPROVED FOR ENTRY:

/s/Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #7280
Chapter 13 Trustee
P O Box 228
Knoxville, TN. 37901
865-524-4995